IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:23-CR-81-D-KS

FILED IN OPEN COURT
ON 7/27/2023
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES OF AMERICA )
)
v. ) INDICTMENT
)
RODNEY DONNELL HANSLEY )
a.k.a. Rodney Donnell Hansley, Jr. )

The Grand Jury charges that:

## COUNT ONE

On or about February 9, 2023, in the Eastern District of North Carolina, the defendant, RODNEY DONNELL HANSLEY, also known as Rodney Donnell Hansley, Jr., did knowingly and intentionally possess with the intent to distribute a quantity of a mixture and substance containing a detectable amount of fentanyl, a mixture and substance containing a detectable amount of methamphetamine, and a quantity of cocaine base (crack), Schedule II Controlled Substances, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

On or about February 9, 2023, in the Eastern District of North Carolina, the defendant, RODNEY DONNELL HANSLEY, also known as Rodney Donnell Hansley, Jr., did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, as alleged in Count One of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

1

## COUNT THREE

On or about February 9, 2023, in the Eastern District of North Carolina, the defendant, RODNEY DONNELL HANSLEY, also known as Rodney Donnell Hansley, Jr., knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, knowingly possessed a firearm, and the firearm was in and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)

## ALLEGATION OF PRIOR CONVICTION

For purposes of Title 21, United States Code, Sections 841(b) and 851, the defendant, RODNEY DONNELL HANSLEY, also known as Rodney Donnell Hansley, Jr., committed the violations alleged in Count One of the indictment after one (1) or more separate prior convictions for a felony drug offense, as defined in Title 21, United States Code, Section 802 (44), had become final.

## FORFEITURE NOTICE

The defendant is given notice that all of the defendant's interest in all property specified herein is subject to forfeiture.

Upon conviction of any felony violation of the Controlled Substances Act charged herein, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the said offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said offense.

Upon conviction of any violation of the Gun Control Act, the National Firearms Act, or any other offense charged herein that involved or was perpetrated in whole or in part by the use of firearms or ammunition, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and/or 26 U.S.C. § 5872, as made applicable by 28 U.S.C. § 2461(c), any and all firearms and ammunition that were involved in or used in a knowing or willful commission of the offense, or, pursuant to 18 U.S.C. § 3665, that were found in the possession or under the immediate control of the defendant at the time of arrest.

The forfeitable property includes, but is not limited to:

(1)  $740 in United States Currency seized on February 9, 2023;

(2)  A SCCY Model CPX-2 9mm pistol, serial number C330431, seized on February 9, 2023, and all associated magazines and ammunition.

If any of the above-described forfeitable property, as a result of any act or omission of a defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

DATE: 1/26/2023

MICHAEL F. EASLEY, JR.
United States Attorney

By: WILLIAM VAN TRIGT
Special Assistant United States Attorney
Criminal Division

4